| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1**<br>Denise Carlon, Esq.<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Number: (609) 250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for the Secured Creditor<br>Specialized Loan Servicing LLC as servicer for U.S. Bank National Association, As Trustee For Credit Suisse First Boston CSFB 2005-12 | |
| In re:<br>Robin Pearce aka Robin Y. Williams Pearce<br><br>                    Debtor | |

Case No:    15-10030 JKS

Order Filed on August 19, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

Chapter:    13

Hearing Date:    ***

Judge:  John K. Sherwood

| Recommended Local Form: | ☐ Followed | ☐ Modified |
|---|---|---|

## ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: August 19, 2019**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Upon the motion of  <u>Specialized Loan Servicing LLC as servicer for U.S. Bank National Association, As Trustee For Credit Suisse First Boston CSFB 2005-12</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

- ■ Real Property More Fully Described as:

  **Land and premises commonly known as Lot 22, Block 5205,    2044 High Street, Union NJ 07083**

- ☐ Personal Property More Fully Describes as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 15-10030-JKS
Robin Pearce                                                              Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin              Page 1 of 1              Date Rcvd: Aug 19, 2019
                                Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 21, 2019.
db             +Robin Pearce,    2044 High St,    Union, NJ 07083-3834

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2019                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 19, 2019 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT
               SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., CSFB MORTGAGE-BACKED PASS-THROUGH CERTIFICATES,
               SERIES 2005-12 nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    U.S. Bank National Association, as Trustee for Credit
               Suisse First Boston Mortgage Securities Corp., CSFB Mortgage-Backed Pass-Through Certificates,
               Series 2005-12 nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, As Trustee For Credit
               Suisse First Boston CSFB 2005-12 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              John D. Krohn    on behalf of Creditor    U.S. Bank National Association, as Trustee for Credit
               Suisse First Boston Mortgage Securities Corp., CSFB Mortgage-Backed Pass-Through Certificates,
               Series 2005-12 nj.bkecf@fedphe.com
              John R. Morton, Jr.    on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM
               Financial ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Nicholas V. Rogers    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
               CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., CSFB MORTGAGE-BACKED PASS-THROUGH
               CERTIFICATES, SERIES 2005-12 nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association, As Trustee For
               Credit Suisse First Boston CSFB 2005-12 rsolarz@kmllawgroup.com
              Scott E. Tanne    on behalf of Debtor Robin  Pearce ecf@tannelaw.com,
               tanne.ecf.email@gmail.com;tannesr87179@notify.bestcase.com
                                                                                                                                      TOTAL: 9