Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                   Case No.: 15−10030−JKS
                   Chapter: 13
                   Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Robin Pearce
   aka Robin Y. Williams Pearce
   2044 High St
   Union, NJ 07083

Social Security No.:
   xxx−xx−4016

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/27/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 27, 2019
JAN: zlh

                                                                               Jeanne Naughton
                                                                               Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 15-10030-JKS
Robin Pearce                                                                Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Aug 27, 2019
                              Form ID: 148             Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2019.
```
db          +Robin Pearce,    2044 High St.,    Union, NJ 07083-3834
cr          +U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CRE,    Phelan Hallinan & Schmieg, PC,
              400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
515257768   +Ars /Account Resolution Services,    1643 Harrison Pkwy Ste 1,    Sunrise, FL 33323-2857
515257773   +Enhanced Acq,    3840 E. Robinson Road,    Amherst, NY 14228-2001
515257774   +Equifax,    PO BOX 740241,    Atlanta, GA 30374-0241
515257775   +Experian,    PO BOX 9701,    Allen, TX 75013-9701
515257783   +Joseph Molinaro, Esq.,    648 Wyckoff Ave.,    Wyckoff, NJ 07481-1428
515257785    NJ Department of Labor,    PO Box 951,    Trenton, NJ 08625-0951
515257786   +Pinnacle Federal Credit Union,    c/o McKenna, DuPont, Higgins &,    Stone,    PO BOX 610,
              Red Bank, NJ 07701-0610
515257788   +Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
515257789    Raymour & Flanigan,    PO Box 130,    Liverpool, NY 13088-0130
515356798  ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
              TRENTON NJ 08646-0245
             (address filed with court: State of New Jersey,    Division of Taxation,    P.O. Box 245,
              Trenton, NJ 08695-0245)
515257790    Slomin Security Inc,    c/o Eichenbaum & Stylianou,    PO BOX 914,    Paramus, NJ 07653-0914
517944858   +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
              Highlands Ranch, Colorado 80129-2386
517944859   +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
              Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
              8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
515257791    State of New Jersey,    Division of Taxation,    P.O. Box 046,    Trenton, NJ 08646-0046
515257792   +Stuart Allan & Assoc,    5447 E 5th St Ste 110,    Tucson, AZ 85711-2345
515257793   +Trans Union,    PO BOX 2000,    Chester, PA 19016-2000
515499524   +U.S. Bank National Association, as Trustee for Cre,    c/o Zucker Goldberg & Ackerman,
              200 Sheffied Street, Suite 301,    Mountainside, NJ 07092-2315
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Aug 27 2019 23:30:58      U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 27 2019 23:30:54      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
cr           EDI: PHINAMERI.COM Aug 28 2019 02:58:00      AmeriCredit Financial Services Inc.,
              PO Box 183853,    Arlington, TX 76096
cr          +EDI: ATLASACQU.COM Aug 28 2019 02:58:00      ATLAS ACQUISITIONS, LLC,    294 Union St.,
              Attn: Avi Schild,    Hackensack, NJ 07601-4303
cr          +EDI: PHINAMERI.COM Aug 28 2019 02:58:00      Americredit Financial Services, Inc., d/b/a GM Fin,
              4000 Embarcadero Dr.,    Arlington, TX 76014-4101
cr          +EDI: RMSC.COM Aug 28 2019 02:58:00      Synchrony Bank,    c/o Recovery Mmgt. Sys.,
              25 SE 2nd Ave., Ste. 1120,    Miami, FL 33131-1605
515257769    EDI: WFFC.COM Aug 28 2019 02:58:00      ASC,    1 Home Campus Mac #2501-01D,
              Des Moines, IA 50328-0001
515268958   +EDI: PHINAMERI.COM Aug 28 2019 02:58:00      Americredit Financial Services Inc. dba GM Financ.,
              P O Box 183853,    Arlington, TX 76096-3853
515415974   +EDI: ATLASACQU.COM Aug 28 2019 02:58:00      Atlas Acquisitions LLC,    294 Union St.,
              Hackensack, NJ 07601-4303
515257772    EDI: CAPITALONE.COM Aug 28 2019 02:58:00      Capital One, N.a.,    Po Box 85520,
              Richmond, VA 23285
515312082   +E-mail/Text: bncmail@w-legal.com Aug 27 2019 23:31:03      CERASTES, LLC,
              C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
515257770   +EDI: CAPITALONE.COM Aug 28 2019 02:58:00      Capital 1 Bank,    Attn: Bankruptcy Dept.,
              Po Box 30285,    Salt Lake City, UT 84130-0285
515257771   +EDI: CAPITALONE.COM Aug 28 2019 02:58:00      Capital One, N.a.,    Capital One Bank (USA) N.A.,
              Po Box 30285,    Salt Lake City, UT 84130-0285
515371653    E-mail/Text: bankruptcy@cavps.com Aug 27 2019 23:31:14      Cavalry SPV I, LLC,
              500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
515257777   +EDI: WFNNB.COM Aug 28 2019 02:58:00      Express/Comenity Bank,    Po Box 182789,
              Columbus, OH 43218-2789
515257776   +EDI: WFNNB.COM Aug 28 2019 02:58:00      Express/Comenity Bank,    Attention: Bankruptcy Dept,
              Po Box 182686,    Columbus, OH 43218-2686
515257778   +EDI: FORD.COM Aug 28 2019 02:58:00      Ford Motor Co.,    National Bankruptcy Center,
              PO BOX 537901,    Livonia, MI 48153-7901
515257779   +EDI: PHINAMERI.COM Aug 28 2019 02:58:00      Gm Financial,    Po Box 181145,
              Arlington, TX 76096-1145
515257781   +EDI: IIC9.COM Aug 28 2019 02:58:00      IC System,    Po Box 64378,    Saint Paul, MN 55164-0378
515257780   +EDI: IIC9.COM Aug 28 2019 02:58:00      IC System,    Attn: Bankruptcy,
              444 Highway 96 East; Po Box 64378,    St. Paul, MN 55164-0378
515257782    EDI: IRS.COM Aug 28 2019 02:58:00      Internal Revenue Service,    PO Box 7346,
              Philadelphia, PA 19101-7346
515257784   +E-mail/Text: kmorgan@morganlaw.com Aug 27 2019 23:31:28      Morgan Bornstein & Morgan,
              1236 Brace Road,    Suite K,    Cherry Hill, NJ 08034-3229
```

```
District/off: 0312-2          User: admin              Page 2 of 2           Date Rcvd: Aug 27, 2019
                              Form ID: 148             Total Noticed: 46
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
515257787         E-mail/Text: bankruptcypgl@plaingreenloans.com Aug 27 2019 23:31:19      Plain Green,
                   93 Mack Road Suite,    Box Elder, MT 59521
515358220         EDI: RMSC.COM Aug 28 2019 02:58:00      Synchrony Bank,
                   c/o of Recovery Management Systems Corp,   25 S.E. 2nd Avenue, Suite 1120,
                   Miami, FL 33131-1605
515326808         EDI: WFFC.COM Aug 28 2019 02:58:00      Wells Fargo Bank, N.A.,   P.O. Box 19657,
                   Irvine, CA 92623-9657
515257795        +EDI: WFFC.COM Aug 28 2019 02:58:00      Wfs Financial/Wachovia Dealer Srvs,   Po Box 1697,
                   Winterville, NC 28590-1697
515257794        +EDI: WFFC.COM Aug 28 2019 02:58:00      Wfs Financial/Wachovia Dealer Srvs,   Po Box 3569,
                   Rancho Cucamonga, CA 91729-3569
                                                                                              TOTAL: 27

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              U.S. Bank National Association, as Trustee for Cre
                                                                                        TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2019                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2019 at the address(es) listed below:

```
              Andrew L. Spivack    on behalf of Creditor    U.S. Bank National Association, as Trustee for Credit
               Suisse First Boston Mortgage Securities Corp., CSFB Mortgage-Backed Pass-Through Certificates,
               Series 2005-12 nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT
               SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., CSFB MORTGAGE-BACKED PASS-THROUGH CERTIFICATES,
               SERIES 2005-12 nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, As Trustee For Credit
               Suisse First Boston CSFB 2005-12 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              John D. Krohn    on behalf of Creditor    U.S. Bank National Association, as Trustee for Credit
               Suisse First Boston Mortgage Securities Corp., CSFB Mortgage-Backed Pass-Through Certificates,
               Series 2005-12 nj.bkecf@fedphe.com
              John R. Morton, Jr.    on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM
               Financial ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
              Marie-Ann  Greenberg     magecf@magtrustee.com
              Nicholas V. Rogers    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
               CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., CSFB MORTGAGE-BACKED PASS-THROUGH
               CERTIFICATES, SERIES 2005-12 nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association, As Trustee For
               Credit Suisse First Boston CSFB 2005-12 rsolarz@kmllawgroup.com
              Scott E. Tanne    on behalf of Debtor Robin   Pearce ecf@tannelaw.com,
               tanne.ecf.email@gmail.com;tannesr87179@notify.bestcase.com
                                                                                              TOTAL: 9
```