UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                    Case No.:        15-10030-JKS

Robin Pearce,                             Chapter:              7
                    Debtor(s).            Judge:        John K. Sherwood

---

### NOTICE OF PROPOSED ABANDONMENT

_____Barbara A. Edwards_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| | |
|---|---|
| Address of the Clerk: | Clerk, US Bankruptcy Court, DNJ<br>PO Box 1352<br>Newark, NJ 07101-1352 |

If an objection is filed, a hearing will be held before the Honorable _____John K. Sherwood_____ on _____1/21/2020_____ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3D__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| | |
|---|---|
| Description and value of property: | One-half interest in real property located at 2044 High Street, Union, NJ.<br>Fair Market Value: $300,000.00 |

| | |
|---|---|
| Liens on property: | Subject to mortgage held by America's Servicing Company in the approximate amount of $356,702.16 |

| | |
|---|---|
| Amount of equity claimed as exempt: | None |

Objections must be served on, and requests for additional information directed to:

Name:        /s/ Barbara A. Edwards, Interim Trustee

Address:     Muscarella Bochet, PC, 10-04 River Rd., Fair Lawn, NJ 07410

Telephone No.: 201-796-3100

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 15-10030-JKS
Robin Pearce                                                              Chapter 7
                Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 2          Date Rcvd: Dec 23, 2019
                             Form ID: pdf905       Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 25, 2019.
db          +Robin Pearce,   2044 High St,   Union, NJ 07083-3834
cr          +U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CRE,    Phelan Hallinan & Schmieg, PC,
             400 Fellowship Road,   Suite 100,   Mt. Laurel, NJ 08054-3437
515257769    ASC,   1 Home Campus Mac #2501-01D,   Des Moines, IA 50328-0001
515257768   +Ars /Account Resolution Services,   1643 Harrison Pkwy Ste 1,   Sunrise, FL 33323-2857
515257773   +Enhanced Acq,   3840 E. Robinson Road,   Amherst, NY 14228-2001
515257774   +Equifax,   PO BOX 740241,   Atlanta, GA 30374-0241
515257775   +Experian,   PO BOX 9701,   Allen, TX 75013-9701
515257778   +Ford Motor Co.,   National Bankruptcy Center,   PO BOX 537901,   Livonia, MI 48153-7901
515257781   +IC System,   Po Box 64378,   Saint Paul, MN 55164-0378
515257780   +IC System,   Attn: Bankruptcy,   444 Highway 96 East; Po Box 64378,   St. Paul, MN 55164-0378
515257783   +Joseph Molinaro, Esq.,   648 Wyckoff Ave.,   Wyckoff, NJ 07481-1428
515257785    NJ Department of Labor,   PO Box 951,   Trenton, NJ 08625-0951
515257786   +Pinnacle Federal Credit Union,   c/o McKenna, DuPont, Higgins &,   Stone,   PO BOX 610,
             Red Bank, NJ 07701-0610
515257788   +Pressler & Pressler,   7 Entin Road,   Parsippany, NJ 07054-5020
515257789    Raymour & Flanigan,   PO Box 130,   Liverpool, NY 13088-0130
515356798   ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
             TRENTON NJ 08646-0245
             (address filed with court: State of New Jersey,   Division of Taxation,   P.O. Box 245,
             Trenton, NJ 08695-0245)
515257790    Slomin Security Inc,   c/o Eichenbaum & Stylianou,   PO BOX 914,   Paramus, NJ 07653-0914
517944858   +Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,
             Highlands Ranch, Colorado 80129-2386
517944859   +Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,
             Highlands Ranch, Colorado 80129,   Specialized Loan Servicing LLC,
             8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
515257791    State of New Jersey,   Division of Taxation,   P.O. Box 046,   Trenton, NJ 08646-0046
515257792   +Stuart Allan & Assoc,   5447 E 5th St Ste 110,   Tucson, AZ 85711-2345
515257793   +Trans Union,   PO BOX 2000,   Chester, PA 19016-2000
515499524   +U.S. Bank National Association, as Trustee for Cre,   c/o Zucker Goldberg & Ackerman,
             200 Sheffied Street, Suite 301,   Mountainside, NJ 07092-2315
515326808    Wells Fargo Bank, N.A.,   P.O. Box 19657,   Irvine, CA 92623-9657
515257794   +Wfs Financial/Wachovia Dealer Srvs,   Po Box 3569,   Rancho Cucamonga, CA 91729-3569
515257795   +Wfs Financial/Wachovia Dealer Srvs,   Po Box 1697,   Winterville, NC 28590-1697

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr          +E-mail/Text: BNC@magtrustee.com Dec 24 2019 00:53:17   Marie-Ann Greenberg,
             Chapter 13 Standing Trustee,   30 Two Bridges Rd,   Suite 330,   Fairfield, NJ 07004-1550
smg          E-mail/Text: usanj.njbankruadq@usdoj.gov Dec 24 2019 00:52:18   U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 24 2019 00:52:14   United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
cr           E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Dec 24 2019 00:51:38
             AmeriCredit Financial Services Inc.,   PO Box 183853,   Arlington, TX 76096
cr          +E-mail/Text: bnc@atlasacq.com Dec 24 2019 00:51:06   ATLAS ACQUISITIONS, LLC,   294 Union St.,
             Attn:  Avi Schild,   Hackensack, NJ 07601-4303
cr          +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Dec 24 2019 00:51:38
             Americredit Financial Services, Inc., d/b/a GM Fin,   4000 Embarcadero Dr.,
             Arlington, TX 76014-4101
cr          +E-mail/PDF: gecsedi@recoverycorp.com Dec 24 2019 00:57:27   Synchrony Bank,
             c/o Recovery Mmgt. Sys.,   25 SE 2nd Ave., Ste. 1120,   Miami, FL 33131-1605
515268958    E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Dec 24 2019 00:51:38
             Americredit Financial Services Inc. dba GM Financ.,   P O Box 183853,
             Arlington, TX 76096-3853
515415974    E-mail/Text: bnc@atlasacq.com Dec 24 2019 00:51:06   Atlas Acquisitions LLC,   294 Union St.,
             Hackensack, NJ 07601-4303
515257772    E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 24 2019 00:56:40   Capital One, N.a.,
             Po Box 85520,   Richmond, VA 23285
515312082   +E-mail/Text: bncmailbw-legal.com Dec 24 2019 00:52:25   CERASTES, LLC,
             C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
515257770   +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 24 2019 00:56:40   Capital 1 Bank,
             Attn: Bankruptcy Dept.,   Po Box 30285,   Salt Lake City, UT 84130-0285
515257771   +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 24 2019 00:56:40   Capital One, N.a.,
             Capital One Bank (USA) N.A.,   Po Box 30285,   Salt Lake City, UT 84130-0285
515371653   +E-mail/Text: bankruptcy@cavps.com Dec 24 2019 00:52:42   Cavalry SPV I, LLC,
             500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
515257777   +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 24 2019 00:51:55   Express/Comenity Bank,
             Po Box 182789,   Columbus, OH 43218-2789
515257776   +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 24 2019 00:51:55   Express/Comenity Bank,
             Attention: Bankruptcy Dept.,   Po Box 182686,   Columbus, OH 43218-2686
515257779   +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Dec 24 2019 00:51:38   Gm Financial,
             Po Box 181145,   Arlington, TX 76096-1145

```
District/off: 0312-2          User: admin              Page 2 of 2          Date Rcvd: Dec 23, 2019
                             Form ID: pdf905           Total Noticed: 47
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
515257782         E-mail/Text: cio.bncmail@irs.gov Dec 24 2019 00:51:31        Internal Revenue Service,
                  PO Box 7346,     Philadelphia, PA 19101-7346
515257784        +E-mail/Text: kmorgan@morganlaw.com Dec 24 2019 00:53:13       Morgan Bornstein  & Morgan,
                  1236 Brace Road,     Suite K,    Cherry Hill, NJ 08034-3229
515257787         E-mail/Text: bankruptcypg1@plaingreenloans.com Dec 24 2019 00:52:59       Plain Green,
                  93 Mack Road Suite,    Box Elder, MT 59521
515358220         E-mail/PDF: gecsedi@recoverycorp.com Dec 24 2019 00:57:28        Synchrony Bank,
                  c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                  Miami, FL 33131-1605
                                                                                       TOTAL: 21


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr                U.S. Bank National Association, as Trustee for Cre
                                                                          TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2019                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2019 at the address(es) listed below:
              Andrew L. Spivack   on behalf of Creditor   U.S. Bank National Association, as Trustee for Credit
               Suisse First Boston Mortgage Securities Corp., CSFB Mortgage-Backed Pass-Through Certificates,
               Series 2005-12 nj.bkecf@fedphe.com
              Andrew L. Spivack   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT
               SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., CSFB MORTGAGE-BACKED PASS-THROUGH CERTIFICATES,
               SERIES 2005-12 nj.bkecf@fedphe.com
              Barbara  Edwards    on behalf of Trustee Barbara  Edwards bedwardstrustee@aol.com,
               NJ48@ecfcbis.com
              Barbara  Edwards    bedwardstrustee@aol.com,  NJ48@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor   U.S. Bank National Association, As Trustee For Credit
               Suisse First Boston CSFB 2005-12 dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              John D. Krohn   on behalf of Creditor   U.S. Bank National Association, as Trustee for Credit
               Suisse First Boston Mortgage Securities Corp., CSFB Mortgage-Backed Pass-Through Certificates,
               Series 2005-12 nj.bkecf@fedphe.com
              John R. Morton, Jr.   on behalf of Creditor   Americredit Financial Services, Inc., d/b/a GM
               Financial ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
              Marie-Ann  Greenberg   magecf@magtrustee.com
              Nicholas V. Rogers   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
               CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., CSFB MORTGAGE-BACKED PASS-THROUGH
               CERTIFICATES, SERIES 2005-12 nj.bkecf@fedphe.com
              Rebecca Ann Solarz   on behalf of Creditor   U.S. Bank National Association, As Trustee For
               Credit Suisse First Boston CSFB 2005-12 rsolarz@kmllawgroup.com
              Scott E. Tanne   on behalf of Debtor Robin  Pearce ecf@tannelaw.com,
               tanne.ecf.email@gmail.com;tannesr87179@notify.bestcase.com
                                                                          TOTAL: 11
```