Form oresadoc – oresadocv27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                      Case No.:  15−10030−JKS
                                      Chapter:  7
                                      Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Robin Pearce
   aka Robin Y. Williams Pearce
   2044 High St
   Union, NJ 07083

Social Security No.:
   xxx−xx−4016

Employer's Tax I.D. No.:

**ORDER RESPECTING
AMENDMENT TO SCHEDULE D, E/F, G OR H
OR LIST OF CREDITORS**

    The Court having noted that the debtor filed an Amendment to Schedule E/F on 1/7/20 or to the List of Creditors on , and for good cause shown, it is

    ORDERED that the debtor must provide notice of the Amendment to the creditor(s) or party(ies) being deleted, added or modified and to the trustee in the case, if any, not later than 7 days after the date of this Order.

    It is further ORDERED that the debtor(s) must serve on added creditors or parties, not later than 7 days after the date of this Order, the following:

    1.    A copy of the applicable Notice of Chapter 7 Bankruptcy Case, and

    2.    In a Chapter 11 case:

        a)    a copy of the last modified plan and disclosure statement, if any, and

        b)    a copy of any order approving the adequacy of the disclosure statement
        and/or the scheduling of the plan for confirmation.

    3.    In a Chapter 12 or Chapter 13 case:

        a)    a copy of the Notice of Hearing on Confirmation of Plan, if any, and

        b)    a copy of the last modified plan that has been filed in the case.

    It is further ORDERED that not later than 7 days after the date of this Order, the debtor(s) must file the Local Form, Certification of Service, certifying compliance with the above requirements.

    It is further ORDERED that the added creditors or parties have

    1.    until the original deadline, if any, fixed by the court to file a complaint to object to
    the debtor's discharge or dischargeability of certain debts, or sixty 60 days from the date of this Order,
    whichever is later;

2. until the original deadline, if any, fixed by the Court to file a proof of claim or required supplement, or sixty 60 days from the date of this Order, whichever is later;

3. until the original deadline fixed by the Court to object to exemptions, or thirty 30 days from the date of this Order, whichever is later.

Dated: January 10, 2020
JAN: lc

                                                       John K. Sherwood
                                                     United States Bankruptcy Judge

United States Bankruptcy Court
District of New Jersey

In re:  
Robin Pearce  
    Debtor

Case No. 15-10030-JKS  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jan 10, 2020  
                    Form ID: oresadoc     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2020.
db          +Robin Pearce,   2044 High St,   Union, NJ 07083-3834

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 10 2020 22:32:01     United States Trustee,   Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,   Newark, NJ 07102-5235
                                                                                                                                                                                 TOTAL: 1

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2020                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2020 at the address(es) listed below:

            Andrew L. Spivack    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., CSFB MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-12 nj.bkecf@fedphe.com  
            Andrew L. Spivack    on behalf of Creditor    U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSFB Mortgage-Backed Pass-Through Certificates, Series 2005-12 nj.bkecf@fedphe.com  
            Barbara Edwards    on behalf of Trustee Barbara Edwards bedwardstrustee@aol.com, NJ48@ecfcbis.com  
            Barbara Edwards    bedwardstrustee@aol.com, NJ48@ecfcbis.com  
            Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, As Trustee For Credit Suisse First Boston CSFB 2005-12 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
            John D. Krohn    on behalf of Creditor    U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSFB Mortgage-Backed Pass-Through Certificates, Series 2005-12 nj.bkecf@fedphe.com  
            John R. Morton, Jr.    on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
            Marie-Ann Greenberg    magecf@magtrustee.com  
            Nicholas V. Rogers    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., CSFB MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-12 nj.bkecf@fedphe.com  
            Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association, As Trustee For Credit Suisse First Boston CSFB 2005-12 rsolarz@kmllawgroup.com  
            Scott E. Tanne    on behalf of Debtor Robin Pearce ecf@tannelaw.com, tanne.ecf.email@gmail.com;tannesr87179@notify.bestcase.com  
                                                                                                                                                                                                                                  TOTAL: 11